No. 23-5140                      September Term, 2024

FILED ON: SEPTEMBER 10, 2024

CITIZENS FOR CONSTITUTIONAL INTEGRITY,
         APPELLANT

v.

CENSUS BUREAU, ET AL.,
         APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cv-03045)

Before: SRINIVASAN, *Chief Judge*, WILKINS and CHILDS, *Circuit Judges*

## **J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: September 10, 2024

Opinion for the court filed by Circuit Judge Wilkins.
Concurring opinion filed by Circuit Judge Wilkins.